| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PATRICIA | Adjunct 1 $ | | 285.71 | Social Security | | 73.78 | Health-HA/BCBS Pre Tax | 156.40 | NET PAY | 1573.27 |
| Code:   Ck Date: | Auto Pay 1 $ | | 250.00 | Arkansas State W/H | (C/6) | 84.22 | Vision-Delta Vision Pre Tax | 6.57 | | |
| WALP    10/30/2012 | GROSS | | 1952.38 | | | | | | | |
| Trns: (H) - 3MO0UGNX7 | | | | | | | | | | |
| Ck Num: 7709 | | | | | | | | | | |
| Tax Profile: 1 - AR/AR/AR | | | | | | | | | | |
| Earnings Statement >> | | | | | | | | | | |
| WALKER-SWINTON, PATRICIA | Regular | | 1416.67 | Medicare | | 25.47 | Dental Ins. AR BCBS | 32.67 | Direct Deposit Net Check | 1573.27 |
| | Adjunct 1 $ | | 285.71 | Social Security | | 73.78 | Health-HA/BCBS Pre Tax | 156.40 | NET PAY | 1573.27 |
| Code:   Ck Date: | Auto Pay 1 $ | | 250.00 | Arkansas State W/H | (C/6) | 84.22 | Vision-Delta Vision Pre Tax | 6.57 | | |
| WALP    11/14/2012 | GROSS | | 1952.38 | | | | | | | |
| Trns: (H) - 3N20P2XQD | | | | | | | | | | |
| Ck Num: 7999 | | | | | | | | | | |
| Tax Profile: 1 - AR/AR/AR | | | | | | | | | | |
| Earnings Statement >> | | | | | | | | | | |
| WALKER-SWINTON, PATRICIA | Regular | | 1416.67 | Medicare | | 25.47 | Dental Ins. AR BCBS | 32.67 | Direct Deposit Net Check | 1573.27 |
| | Adjunct 1 $ | | 285.71 | Social Security | | 73.78 | Health-HA/BCBS Pre Tax | 156.40 | NET PAY | 1573.27 |
| Code:   Ck Date: | Auto Pay 1 $ | | 250.00 | Arkansas State W/H | (C/6) | 84.22 | Vision-Delta Vision Pre Tax | 6.57 | | |
| WALP    11/29/2012 | GROSS | | 1952.38 | | | | | | | |
| Trns: (H) - 3NK0PKGWP | | | | | | | | | | |
| Ck Num: 8223 | | | | | | | | | | |
| Tax Profile: 1 - AR/AR/AR | | | | | | | | | | |
| Earnings Statement >> | | | | | | | | | | |
| WALKER-SWINTON, PATRICIA | Regular | | 1416.67 | Medicare | | 25.47 | Dental Ins. AR BCBS | 32.67 | Direct Deposit Net Check | 1573.27 |
| | Adjunct 1 $ | | 285.71 | Social Security | | 73.78 | Health-HA/BCBS Pre Tax | 156.40 | NET PAY | 1573.27 |
| Code:   Ck Date: | Auto Pay 1 $ | | 250.00 | Arkansas State W/H | (C/6) | 84.22 | Vision-Delta Vision Pre Tax | 6.57 | | |
| WALP    12/13/2012 | GROSS | | 1952.38 | | | | | | | |
| Trns: (H) - 3NX0RJ4FD | | | | | | | | | | |
| Ck Num: 8511 | | | | | | | | | | |
| Tax Profile: 1 - AR/AR/AR | | | | | | | | | | |
| Earnings Statement >> | | | | | | | | | | |
| WALKER-SWINTON, PATRICIA | Regular | | 1416.67 | Medicare | | 21.33 | Dental Ins. AR BCBS | 32.67 | Direct Deposit Net Check | 1323.70 |
| | Auto Pay 1 $ | | 250.00 | Social Security | | 61.78 | Health-HA/BCBS Pre Tax | 156.40 | NET PAY | 1323.70 |
| Code:   Ck Date: | GROSS | | 1666.67 | Arkansas State W/H | (C/6) | 64.22 | Vision-Delta Vision Pre Tax | 6.57 | | |
| WALP    12/28/2012 | | | | | | | | | | |
| Trns: (H) - 3NX0V4P2A | | | | | | | | | | |
| Ck Num: 8674 | | | | | | | | | | |
| Tax Profile: 1 - AR/AR/AR | | | | | | | | | | |
| Earnings Statement >> | | | | | | | | | | |
| EMPLOYEE TOTALS: | Adjunct 1 $ | | 19000.00 | Medicare | | 447.55 | Dental-Delta Dental Pre Tax | 215.68 | 23 Direct Deposit(s) | 27786.42 |
| | Auto Pay 1 $ | | 3000.00 | Social Security | | 1296.34 | Health-HA/BCBS Pre Tax | 3092.80 | NET PAY | 27786.42 |
| | Regular | | 12750.03 | Arkansas State W/H | | 1335.60 | Vision-Delta Vision Pre Tax | 118.26 | | |
| | GROSS | | 34750.03 | | | | Dental Ins. AR BCBS | 457.38 | | |

Handwritten annotations in left margin: "6", "5"

| | | |
|---|---|---|
| PHILANDER SMITH COLLEGE | Employee Check Listing | WALKER-SWINTON, PATRICIA |
| Client: 0B373 | From: 01/01/2012   To: 12/31/2012 | EE Code: WALP |

[ Main Menu ] [ Help ] [ Log Out ]

Copyright © 1999-2013 PAYCOM ©, All Rights Reserved.

## [WALP] PATRICIA WALKER-SWINTON

[23-23200 - Retention/Academic Success (12)]

| Employee | Earnings | Rate | Hours | Amount | | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 01/14/2013<br>Trns: (H) - 3OT0RPRJJ<br>Ck Num: 8887<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.33<br>91.20<br>64.22 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 32.67<br>156.40<br>6.57 | Direct Deposit Net Check<br>NET PAY | 1294.28<br>1294.28 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 01/30/2013<br>Trns: (H) - 3PB0S949Y<br>Ck Num: 9097<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.33<br>91.20<br>64.22 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 32.67<br>156.40<br>6.57 | Direct Deposit Net Check<br>NET PAY | 1294.28<br>1294.28 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 02/14/2013<br>Trns: (H) - 3PQ0SMCBE<br>Ck Num: 9385<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.33<br>91.20<br>64.22 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 32.67<br>156.40<br>6.57 | Direct Deposit Net Check<br>NET PAY | 1294.28<br>1294.28 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 02/27/2013<br>Trns: (H) - 3Q30RFY5X<br>Ck Num: 9607<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.33<br>91.20<br>64.22 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 32.67<br>156.40<br>6.57 | Direct Deposit Net Check<br>NET PAY | 1294.28<br>1294.28 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 03/14/2013<br>Trns: (H) - 3QI0QML8Q<br>Ck Num: 9892<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.85<br>93.45<br>66.75 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 29.40<br>117.30<br>12.79 | Direct Deposit Net Check<br>NET PAY | 1325.13<br>1325.13 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 03/28/2013<br>Trns: (H) - 3QW0SE405<br>Ck Num: 10103<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>Auto Pay 1 $<br>GROSS | | | 1416.67<br>250.00<br>1666.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 21.85<br>93.45<br>66.75 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 29.40<br>117.30<br>12.79 | Direct Deposit Net Check<br>NET PAY | 1325.13<br>1325.13 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 04/12/2013<br>Trns: (H) - 3RB0SLO24<br>Ck Num: 10379<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>GROSS | | | 1416.67<br>1416.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 18.23<br>77.95<br>49.25 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 29.40<br>117.30<br>12.79 | Direct Deposit Net Check<br>NET PAY | 1111.75<br>1111.75 |
| WALKER-SWINTON, PATRICIA<br>Code: WALP  Ck Date: 04/29/2013<br>Trns: (H) - 3RQ0TFAFC<br>Ck Num: 10592<br>Tax Profile: 1 - AR/AR/AR<br>Earnings Statement >> | Regular<br>GROSS | | | 1416.67<br>1416.67 | Medicare<br>Social Security<br>Arkansas State W/H | (C/6) | 18.23<br>77.95<br>49.25 | Dental Ins. AR BCBS<br>Health-HA/BCBS Pre Tax<br>Vision-Delta Vision Pre Tax | 29.40<br>117.30<br>12.79 | Direct Deposit Net Check<br>NET PAY | 1111.75<br>1111.75 |
| EMPLOYEE TOTALS: | Regular<br>Auto Pay 1 $ | | | 11333.36<br>1500.00 | Medicare<br>Social Security | | 165.48<br>707.60 | Dental Ins. AR BCBS | 248.28 | 8 Direct Deposit(s)<br>NET PAY | 10050.88<br>10050.88 |

Handwritten annotations in left margin: "4", "3", "2", "Most Recent 1"

|  | GROSS | 12833.36 | Arkansas State W/H | 488.88 | Health-HA/BCBS Pre Tax | 1094.80 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Vision-Delta Vision Pre Tax | 77.44 |

PHILANDER SMITH COLLEGE  
Client: 0B373

Employee Check Listing  
From: 01/01/2013   To: 12/31/2013

WALKER-SWINTON, PATRICIA  
EE Code: WALP

[ Main Menu ] [ Help ] [ Log Out ]

Copyright © 1999-2013 PAYCOM ©, All Rights Reserved.