Form **1040** Department of the Treasury - Internal Revenue Service (99) **2012** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

# U.S. Individual Income Tax Return

For the year Jan. 1-Dec. 31, 2012, or other tax year beginning , 2012, ending , 20 — See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| PATRICIA L | WALKER SWINTON | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). 14200 WIMBLEDON LOOP — Apt. no.

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). LITTLE ROCK AR 72210

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

Boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| SYDNEY P | STEELE | [redacted] | DAUGHTER | X |
| CRAIG M | STEELE JR | [redacted] | SON | X |
| REGINALD | SWINTON | [redacted] | SON | X |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
- lived with you: 3
- did not live with you due to divorce or separation (see instructions):

Dependents on 6c not entered above:

d Total number of exemptions claimed — Add numbers on lines above ▶ 4

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 7 | 35,085 |
| 8a | **Taxable** interest. Attach Schedule B if required | | | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | | 9a | |
| b | Qualified dividends | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | | 10 | 264 |
| 11 | Alimony received | | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | | | 14 | |
| 15a | IRA distributions | 15a | | 15b | b Taxable amount |
| 16a | Pensions and annuities | 16a | | 16b | b Taxable amount |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | | 18 | |
| 19 | Unemployment compensation | | | 19 | |
| 20a | Social security benefits | 20a | | 20b | b Taxable amount |
| 21 | Other income | | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | | 22 | 35,349 |

## Adjusted Gross Income

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 23 | Educator expenses | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction | 32 | | | |
| 33 | Student loan interest deduction | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 35 | | | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | | 37 | 35,349 |

3718
495

Form 1040 (2012) PATRICIA L WALKER SWINTON Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 35,349 |
| 39a | Check if: [ ] You were born before January 2, 1948, [ ] Blind. [ ] Spouse was born before January 2, 1948, [ ] Blind. Total boxes checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b [ ] | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 11,828 |
| 41 | Subtract line 40 from line 38 | 41 | 23,521 |
| 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 15,200 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 8,321 |
| 44 | Tax (see instructions). Check if any from: a [ ] Form(s) 8814 b [ ] Form 4972 c [ ] 962 election | 44 | 833 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ▶ | 46 | 833 |
| 47 | Foreign tax credit. Attach Form 1116 if required — 47 | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 — 48 | | |
| 49 | Education credits from Form 8863, line 19 — 49 | | |
| 50 | Retirement savings contributions credit. Attach Form 8880 — 50 | | |
| 51 | Child tax credit. Attach Schedule 8812, if required — 51: 833 | | |
| 52 | Residential energy credit. Attach Form 5695 — 52 | | |
| 53 | Other credits from Form: a [ ] 3800 b [ ] 8801 c [ ] — 53 | | |
| 54 | Add lines 47 through 53. These are your total credits | 54 | 833 |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0 |

Standard Deduction for -
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,950

Married filing jointly or Qualifying widow(er), $11,900

Head of household, $8,700

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 56 | |
| 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | 57 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| 59a | Household employment taxes from Schedule H | 59a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | 500 |
| 60 | Other taxes. Enter code(s) from instructions | 60 | |
| 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 500 |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 — 62: 1 | | |
| 63 | 2012 estimated tax payments and amount applied from 2011 return — 63 | | |
| 64a | Earned income credit (EIC) — 64a: 2,050 | | |
| b | Nontaxable combat pay election — 64b | | |
| 65 | Additional child tax credit. Attach Schedule 8812 — 65: 2,167 | | |
| 66 | American opportunity credit from Form 8863, line 8 — 66 | | |
| 67 | Reserved — 67 | | |
| 68 | Amount paid with request for extension to file — 68 | | |
| 69 | Excess social security and tier 1 RRTA tax withheld — 69 | | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 — 70 | | |
| 71 | Credits from Form: a [ ] 2439 b [ ] Reserved c [ ] 8801 d [ ] 8885 — 71 | | |
| 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | ~~4,218~~ |

## Refund

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 3,718 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 74a | 3,718 |
| b | Routing number [redacted] ▶ c Type: [X] Checking [ ] Savings | | |
| d | Account number [redacted] | | |
| 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ 75 | | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| 77 | Estimated tax penalty (see instructions) — 77 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? [ ] Yes. Complete below. [X] No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 32839 | 02-07-2013 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | Identity Protection PIN (see inst.) |

## Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Date: 02-07-2013 | Check [X] if self-employed | PTIN: P01547291 |
| Print/Type preparer's name: Sarabeth Sharp | | | |
| Firm's name ▶ Williams Tax | | Firm's EIN ▶ 26-4802036 | |
| Firm's address ▶ 219 Kenwood Rd, Benton, AR 72019 | | Phone no. 501-315-3385 | |

**SCHEDULE A (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

▶ Information about Schedule A and its separate instructions is at www.irs.gov/form1040.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2012**

Attachment Sequence No. 07

Name(s) shown on Form 1040: PATRICIA L WALKER SWINTON

Your social security number: [redacted]

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 [2] | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): a ☒ Income taxes, or b ☐ General sales taxes | 5 | 1,408 | | |
| | 6 | Real estate taxes (see instructions) | 6 | 3,018 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 4,426 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 3,335 | | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | 2,024 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | 5,359 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 2,043 | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | 2,043 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instr.) ▶ | 21 | | | |
| | 22 | Tax preparation fees | 22 | 50 | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | 50 | | |
| | 25 | Enter amount from Form 1040, line 38 [25] 35,349 | | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 707 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 0 |
| **Other Miscellaneous Deductions** | 28 | Other - from list in instructions. List type and amount ▶ | | | 28 | |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | | 29 | 11,828 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**



EEA

**SCHEDULE EIC** (Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit

## Qualifying Child Information

▶ Complete and attach to Form 1040A or 1040 only if you have a qualifying child.
▶ Information about Sch. EIC (Form 1040A or 1040) and its inst. is at www.irs.gov/form1040.

OMB No. 1545-0074

**2012**

Attachment Sequence No. **43**

Name(s) shown on return: PATRICIA L WALKER SWINTON

Your social security number: [redacted]

**Before you begin:**

- See the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

**CAUTION!**

- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See page 2 for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **1 Child's name** If you have more than three qualifying children, you only have to list three to get the maximum credit. | First name / Last name: REGINALD SWINTON | First name / Last name: SYDNEY P STEELE | First name / Last name: CRAIG M STEELE |
| **2 Child's SSN** The child must have an SSN as defined in the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, unless the child was born and died in 2012. If your child was born and died in 2012 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | [redacted] | [redacted] | [redacted] |
| **3 Child's year of birth** | Year 2002 If born after 1993 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year 1997 If born after 1993 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year 1996 If born after 1993 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. |
| **4a** Was the child under age 24 at the end of 2012, a student, and younger than you (or your spouse, if filing jointly)? | ☐ **Yes.** **Go to line 5.** ☐ **No.** **Go to line 4b.** | ☐ **Yes.** **Go to line 5.** ☐ **No.** **Go to line 4b.** | ☐ **Yes.** **Go to line 5.** ☐ **No.** **Go to line 4b.** |
| **b** Was the child permanently and totally disabled during any part of 2012? | ☐ **Yes.** **Go to line 5.** ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** **Go to line 5.** ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** **Go to line 5.** ☐ **No.** The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | SON | DAUGHTER | SON |
| **6 Number of months child lived with you in the United States during 2012** • If the child lived with you for more than half of 2012 but less than 7 months, enter "7." • If the child was born or died in 2012 and your home was the child's home for more than half the time he or she was alive during 2012, enter "12." | 12 months Do not enter more than 12 months. | 12 months Do not enter more than 12 months. | 12 months Do not enter more than 12 months. |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

EEA

SCHEDULE 8812 (Form 1040A or 1040)
Department of the Treasury
Internal Revenue Service (99)

# Child Tax Credit

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.
▶ Information about Schedule 8812 and its separate instructions is at www.irs.gov/form1040.

OMB No. 1545-0074
2012
Attachment Sequence No. 47

Name(s) shown on return: PATRICIA L WALKER SWINTON
Your social security number: [redacted]

## Part I Filers Who Have Certain Child Dependent(s) with an ITIN (Individual Taxpayer Identification Number)

**CAUTION** Complete this part only for each dependent who has an ITIN and for whom you are claiming the child tax credit. If your dependent does not qualify for the credit, you cannot include that dependent in the calculation of this credit.

Answer the following questions for each dependent listed on Form 1040, line 6c, Form 1040A, line 6c; or Form 1040NR, line 7c, who has an ITIN (Individual Taxpayer Identification Number) and that you indicated qualified for the child tax credit by checking column (4) for that dependent.

**A** For the first dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes ☐ No

**B** For the second dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes ☐ No

**C** For the third dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes ☐ No

**D** For the fourth dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes ☐ No

**Note:** If you have more than four dependents identified with an ITIN and listed as a qualifying child for the child tax credit, see the instructions and check here ▶ ☐

## Part II Additional Child Tax Credit Filers

**1** **1040 filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 51).
**1040A filers:** Enter the amount from line 6 of your Child Tax Credit Woksheet (see the Instructions for Form 1040A, line 33).
**1040NR filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 48).
If you used Pub. 972, enter the amount from line 8 of the Child Tax Credit Worksheet in the publication. ▶ **1** 3,000

**2** Enter the amount from Form 1040, line 51, Form 1040A, line 33, or Form 1040NR, line 48 . . . **2** 833

**3** Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . **3** 2,167

**4 a** Earned income (see instructions) . . . **4a** 35,085

**b** Nontaxable combat pay (see separate instructions) . . . **4b**

**5** Is the amount on line 4a more than $3,000?
☐ **No.** Leave line 5 blank and enter -0- on line 6.
☒ **Yes.** Subtract $3,000 from the amount on line 4a. Enter the result . . **5** 32,085

**6** Multiply the amount on line 5 by 15% (.15) and enter the result . . . **6** 4,813

**Next.** Do you have three or more qualifying children?
☐ **No.** If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part III and enter the **smaller** of line 3 or line 6 on line 13.
☒ **Yes.** If line 6 is equal to or more than line 3, skip Part III and enter the amount from line 3 on line 13. Otherwise, go to line 7.

**For Paperwork Reduction Act Notice, see your tax return instructions.**



EEA

## Part III Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see separate instructions | 7 | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 57, plus any taxes that you identified using code "UT" and entered on line 60.<br>**1040A filers:** Enter -0-.<br>**1040NR filers:** Enter the total of the amounts from Form 1040NR, lines 27 and 55, plus any taxes that you identified using code "UT" and entered on line 59. | 8 | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 64a and 69.<br>**1040A filers:** Enter the total of the amount from Form 1040A, line 38a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 41 (see separate instructions).<br>**1040NR filers:** Enter the amount from Form 1040NR, line 65. | 10 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 | 12 | |
| | **Next,** enter the **smaller** of line 3 or line 12 on line 13. | | |

## Part IV Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** | 13 | 2,167 |

Enter this amount on Form 1040, line 65, Form 1040A, line 39, or Form 1040NR, line 63.

## Part II Taxpayers With a Child

| | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **Caution.** If there is more than one child, complete lines 8 through 14 for one child before going to the next column. | | | |
| 8 Child's name | REGINALD SWINTON | SYDNEY P STEELE | CRAIG M STEELE |
| 9 Is the child the taxpayer's son, daughter, stepchild, foster child, brother, sister, stepbrother, stepsister, half brother, half sister, or a descendant of any of them? | ☒ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |
| 10 Is either of the following true?<br>• The child is unmarried, or<br>• The child is married, can be claimed as the taxpayer's dependent, and is not filing a joint return (or is filing it only as a claim for refund). | ☒ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |
| 11 Did the child live with the taxpayer in the United States for over half of the year? See the instructions before answering | ☒ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |
| 12 Was the child (at the end of 2012) -<br>• Under age 19 and younger than the taxpayer (or the taxpayer's spouse, if the taxpayer files jointly),<br>• Under age 24, a full-time student, and younger than the taxpayer (or the taxpayer's spouse, if the taxpayer files jointly), or<br>• Any age and permanently and totally disabled? | ☒ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |
| ▶ If you checked **"Yes"** on lines 9, 10, 11, **and** 12, the child is the taxpayer's qualifying child; go to line 13a. If you checked **"No"** on line 9, 10, 11, **or** 12, the child is not the taxpayer's qualifying child; see the instructions for line 12. | | | |
| 13a Could any other person check **"Yes"** on lines 9, 10, 11, **and** 12 for the child? | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| ▶ If you checked **"No"** on line 13a, go to line 14. Otherwise, go to line 13b. | | | |
| b Enter the child's relationship to the other person(s) | | | |
| c Under the tiebreaker rules, is the child treated as the taxpayer's qualifying child? See the instructions before answering | ☐ Yes ☐ No<br>☐ Don't know | ☐ Yes ☐ No<br>☐ Don't know | ☐ Yes ☐ No<br>☐ Don't know |
| ▶ If you checked **"Yes"** on line 13c, go to line 14. If you checked **"No,"** the taxpayer **cannot** take the EIC based on this child and cannot take the EIC for taxpayers who do not have a qualifying child. If there is more than one child, see the **Note** at the bottom of this page. If you checked **"Don't know,"** explain to the taxpayer that, under the tiebreaker rules, the taxpayer's EIC and other tax benefits may be disallowed. Then, if the taxpayer wants to take the EIC based on this child, complete lines 14 and 15. If not, and there are no other qualifying children, the taxpayer cannot take the EIC, including the EIC for taxpayers without a qualifying child; do not complete Part III. If there is more than one child, see the **Note** at the bottom of this page. | | | |
| 14 Does the qualifying child have an SSN that allows him or her to work or is valid for EIC purposes? See the instructions before answering | ☒ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |
| ▶ If you checked **"No"** on line 14, the taxpayer **cannot** take the EIC based on this child and cannot take the EIC available to taxpayers without a qualifying child. If there is more than one child, see the **Note** at the bottom of this page. If you checked **"Yes"** on line 14, continue. | | | |
| 15 Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for 2012? See Pub. 596 for the limit | | | ☒ Yes ☐ No |

▶ If you checked **"No"** on line 15, **stop;** the taxpayer **cannot** take the EIC. If you checked **"Yes"** on line 15, the taxpayer can take the EIC. Complete **Schedule EIC** and attach it to the taxpayer's return. If there are two or three qualifying children with valid SSNs, list them on Schedule EIC in the same order as they are listed here. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to see if **Form 8862** must be filed. Go to line 20.

**Note.** If you checked **"No"** on line 13c or 14 but there is more than one child, complete lines 8 through 14 for the other child(ren) (but for no more than three qualifying children). Also do this if you checked **"Don't know"** on line 13c and the taxpayer is not taking the EIC based on this child.

## Part III Taxpayers Without a Qualifying Child

**16** Was the taxpayer's main home, and the main home of the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period. See Pub. 596.) . . . . . ☐ Yes ☐ No

▶ If you checked **"No"** on line 16, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

**17** Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of 2012? See the instructions before answering . . . . ☐ Yes ☐ No

▶ If you checked **"No"** on line 17, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

**18** Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's federal income tax return for 2012? If the taxpayer's filing status is married filing jointly, check "No" . . . . ☐ Yes ☐ No

▶ If you checked **"Yes"** on line 18, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

**19** Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for 2012? See Pub. 596 for the limit . . . . ☐ Yes ☐ No

▶ If you checked **"No"** on line 19, **stop;** the taxpayer **cannot** take the EIC. If you checked **"Yes"** on line 19, the taxpayer can take the EIC. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to find out if **Form 8862** must be filed. Go to line 20.

## Part IV Due Diligence Requirements

**20** Did you complete Form 8867 based on current information provided by the taxpayer or reasonably obtained by you? . . . . ☒ Yes ☐ No

**21** Did you complete the EIC worksheet found in the Form 1040, 1040A, or 1040EZ instructions (or your own worksheet that provides the same information as the 1040, 1040A, or 1040EZ worksheet)? . . . . ☒ Yes ☐ No

**22** If any qualifying child was not the taxpayer's son or daughter, did you ask why the parents were not claiming the child and document the answer? . . . . ☐ Yes ☐ No ☒ Does not apply

**23** If the answer to question 13a is "Yes" (indicating that the child lived for more than half the year with someone else who could claim the child for EIC), did you explain the tiebreaker rules and possible consequences of another person claiming your client's qualifying child? . . . . ☐ Yes ☐ No ☒ Does not apply

**24** Did you ask this taxpayer any additional questions that are necessary to meet your knowledge requirement? See the instructions before answering . . . . ☒ Yes ☐ No ☐ Does not apply

**To comply with the EIC knowledge requirement, you must not know or have reason to know that any information used to determine the taxpayer's eligibility for, and the amount of, the EIC is incorrect. You may not ignore the implications of information furnished to or known by you, and you must make reasonable inquires if the information furnished appears to be incorrect, inconsistent, or incomplete. At the time you made these inquiries, you must document in your files the inquiries you made and the taxpayer's responses.**

**25** Did you document the additional questions you asked and your client's answers? . . . . ☒ Yes ☐ No ☐ Does not apply

**26** Which documents below, if any, did you rely on to determine EIC eligibility for the qualifying child(ren) listed on Schedule EIC? Check all that apply. **Keep a copy of any documents you relied on.** See the instructions before answering. If there is no qualifying child, check box a. If there is no disabled child, check box o.

**Residency of Qualifying Child(ren)**

- ☐ **a** No qualifying child
- ☒ **b** School records or statement
- ☐ **c** Landlord or property management statement
- ☐ **d** Health care provided statement
- ☐ **e** Medical records
- ☐ **f** Child care provider records
- ☐ **g** Placement agency statement
- ☐ **h** Social service records or statement
- ☐ **i** Place of worship statement
- ☐ **j** Indian tribal official statement
- ☐ **k** Employer statement
- ☐ **l** Other (specify) ▼
- ☐ **m** Did not rely on any documents, but made notes in file
- ☐ **n** Did not rely on any documents

**Disability of Qualifying Child(ren)**

- ☒ **o** No disabled child
- ☐ **p** Doctor statement
- ☐ **q** Other health care provided statement
- ☐ **r** Social services agency or program statement
- ☐ **s** Other (specify) ▼
- ☐ **t** Did not rely on any documents, but made notes in file
- ☐ **u** Did not rely on any documents

**27** If a Schedule C is included with this return, which documents or other information, if any, did you rely on to confirm the existence of the business and to figure the amount of Schedule C income and expenses reported on the return? Check all that apply. **Keep a copy of any documents you relied on.** See the instructions before answering. If there is no Schedule C, check box a.

**Documents or Other Information**

- ☒ **a** No Schedule C
- ☐ **b** Business license
- ☐ **c** Forms 1099
- ☐ **d** Records of gross receipts provided by taxpayer
- ☐ **e** Taxpayer summary of income
- ☐ **f** Records of expenses provided by taxpayer
- ☐ **g** Taxpayer summary of expenses
- ☐ **h** Bank statements
- ☐ **i** Reconstruction of income and expenses
- ☐ **j** Other (specify) ▼
- ☐ **k** Did not rely on any documents, but made notes in file
- ☐ **l** Did not rely on any documents

▶ You have complied with all the due diligence requirements if you:

1. Completed the actions described on lines 20 and 21 and checked **"Yes"** on those lines,
2. Completed the actions described on lines 22, 23, 24, and 25 (if they apply) and checked **"Yes"** (or **"Does not apply"**) on those lines,
3. Submit Form 8867 in the manner required, **and**
4. Keep all five of the following records for 3 years from the latest of the dates specified in the instructions under Document Retention:
   a. Form 8867, Paid Preparer's Earned Income Credit Checklist,
   b. The EIC worksheet(s) or your own worksheet(s),
   c. Copies of any taxpayer documents you relied on to determine eligibility for or amount of EIC,
   d. A record of how, when, and from whom the information used to prepare the form and worksheet(s) was obtained, and
   e. A record of any additional questions you asked and your client's answers.

▶ If you checked **"No"** on line 20, 21, 22, 23, 24, or 25, you have not complied with all the due diligence requirements and may have to pay a $500 penalty for each failure to comply.

This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

**Copy C--For EMPLOYEE'S RECORDS (See Notice to Employee.)** 38-2099803 OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's soc. sec. no. [redacted] | 1 Wages, tips, other comp. 4219.44 | 2 Fed. income tax withheld 1.34 |
| | 3 Social security wages 4219.44 | 4 Soc. sec. tax withheld 177.22 |
| b Employer ID number (EIN) 71-0298658 | 5 Medicare wages and tips 4219.44 | 6 Medicare tax withheld 61.18 |

c Employer's name, address, and ZIP code
ARKANSAS BAPTIST COLLEGE
1600 HIGH ST
LITTLE ROCK AR 72202

d Control number
04972 101

e Employee's name, address, and ZIP code
PATRICIA SWINTON
14200 WIMBLEDON LOOP
LITTLE ROCK AR 72210

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 [redacted] |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| AR | 12248442-WHW | 4219.44 | 71.79 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement **2012** Dept. of the Treasury — IRS

This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

**Copy C--For EMPLOYEE'S RECORDS (See Notice to Employee.)** 38-2099803 OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's soc. sec. no. [redacted] | 1 Wages, tips, other comp. 30865.91 | 2 Fed. income tax withheld |
| | 3 Social security wages 30865.91 | 4 Soc. sec. tax withheld 1296.34 |
| b Employer ID number (EIN) 71-0239729 | 5 Medicare wages and tips 30865.91 | 6 Medicare tax withheld 447.55 |

c Employer's name, address, and ZIP code
PHILANDER SMITH COLLEGE
812 W 13TH ST
LITTLE ROCK AR 72202-3718

d Control number
0B373 310

e Employee's name, address, and ZIP code
PATRICIA WALKER SWINTON
14200 WIMBLEDON LOOP
LITTLE ROCK AR 72210

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 [redacted] |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 DD 7732.80 |
| 13 Statutory employee | 14 Other OTHER 3884.12 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| AR | 12302999WHW | 30865.91 | 1335.60 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement **2012** Dept. of the Treasury — IRS