United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Patricia Walker  
      Debtor

Case No. 13-12806-jgm  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0860-4           User: arch                 Page 1 of 2             Date Rcvd: May 15, 2013
                               Form ID: b9i               Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2013.
 db            +Patricia Walker,    14200 Wimbledon Loop,    Little Rock, AR 72210-5751
5177546        +AR Dept. of Work Force Service,    5401 S. University Avenue,    Little Rock, AR 72209-1701
5177547        +AR Federal Credit Union,    2414 Marshall Road,    Jacksonville, AR 72076-2326
5177549        +Arkansas Federal Credit Union,    1001 West Capitol Avenue,    Little Rock, AR 72201-3003
5177550        +Associated Physical Therapy,    11900 Kanis Road, Ste D-4,    Little Rock, AR 72211-3769
5177551        +Chase Mortgage,    P. O. Box 9001871,    Louisville, KY 40290-1871
5177554        +Kitchens Pediatric Dentistry,    14114 Taylor Loop Road,    Little Rock, AR 72223-4308
5177555        +Little Rock Pediatric Clinic,    500 So. University #400,    Little Rock, AR 72205-5306
5177556        +Midsouth Adjustments,    123 West 2nd Street,    Pine Bluff, AR 71601-4305
5177557        +Otter Creek Homeowners Assoc.,    14000 Otter Creek Parkway,    Little Rock, AR 72210-5712
5177558        +Quest Diagnostics,    P. O. Box 740780,    Cincinnati, OH 45274-0780
5177559        +Reggie Swinton,    14200 Wimbledon Loop,    Little Rock, AR 72210-5751
5177561        +Wilson & Associates,    1521 Merrill Drive, Suite D220,    Little Rock, AR 72211-1654
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 aty            E-mail/Text: 3v3r3tt@sbcglobal.net May 15 2013 22:35:40      Everett O. Martindale,
                Attorney at Law,    902 W. Second St.,    Little Rock, AR  72201-2102
 tr             E-mail/PDF: MBALDWIN@CH13ARK.COM May 16 2013 04:36:18      Mark T. McCarty,
                Chapter 13 Standing Trustee,    P.O. Box 5006,    N. Little Rock, AR  72119-5006
 ust           +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov May 15 2013 22:45:50      U.S. Trustee (ust),
                Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
5177548        +E-mail/Text: reneewest@arallergy.com May 15 2013 23:14:06      Arkansas Allergy & Asthma,
                10310 W. Markham Street, #222,    Little Rock, AR 72205-1579
5177552        +EDI: CCS.COM May 15 2013 23:43:00      Credit Collection Services,    P. O. Box 55126,
                Boston, MA 02205-5126
5177553        +E-mail/Text: data_processing@fin-rec.com May 15 2013 23:31:29      Financial Recovery Services,
                4900 Viking Drive,    Minneapolis, MN 55435-5302
5177560        +E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2013 23:58:20      Transworld Systems,
                507 Pridential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 17, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0860-4          User: arch                    Page 2 of 2                   Date Rcvd: May 15, 2013
                              Form ID: b9i                  Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2013 at the address(es) listed below:
          Everett O. Martindale   on behalf of Debtor Patricia  Walker 3v3r3tt@sbcglobal.net
          Mark T. McCarty   ecfmail@ch13ark.com
          U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov,
           Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
           j.gov;eliane.m.archambeault@usdoj.gov
                                                                                                                                                                                                                      TOTAL: 3

B9I (Official Form 9I) (Chapter 13 Case) (12/12)  Case Number **4:13−bk−12806**

UNITED STATES BANKRUPTCY COURT Eastern District of Arkansas

# Notice of
# Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/14/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Walker
aka Patricia Swinton
14200 Wimbledon Loop
Little Rock, AR 72210

| Case Number:<br>4:13−bk−12806<br>Judge: James G. Mixon | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2839 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Everett O. Martindale<br>Attorney at Law<br>902 W. Second St.<br>Little Rock, AR 72201−2102<br>Telephone number: (501) 372−7600 | Bankruptcy Trustee (name and address):<br>Mark T. McCarty<br>Chapter 13 Standing Trustee<br>P.O. Box 5006<br>N. Little Rock, AR 72119−5006<br>Telephone number: 501−374−1572 |

## Meeting of Creditors
Important notice: Individual debtors must provide picture identification and proof of social security number to trustee at this meeting.
Date: **6/24/13**                              Time: **10:00 AM**
Location: **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor − Rm 1210, Little Rock, AR 72201**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **9/23/13**    Government claims are due no later than 180 days after the date of the order for relief.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/23/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Filing of Plan, Hearing on Confirmation of Plan
Objections to confirmation must be filed with the Court and served on the Trustee and Debtor on or before the fourteenth (14th) day after the meeting of creditors is concluded. If no objection is timely filed, the plan will be confirmed pursuant to Federal Rule of Bankruptcy Procedure 3015. If objections are timely filed, a hearing on confirmation will be set by subsequent notice.

## Chapter 13 Plan
A copy of the Chapter 13 Plan may be viewed on the U.S. Bankruptcy Court's ECF system at: www.arb.uscourts.gov or you may contact your attorney for additional information.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501−918−5500 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
|---|---|

| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 5/15/13 |
|---|---|

## EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed using the court's Electronic Case Filing (ECF) system or at the bankruptcy clerk's office at the Bankruptcy Court address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, on the court's ECF system or at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices