IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: PATRICIA WALKER,            CASE NO. 4:13-bk-12806
DEBTOR            CHAPTER 13

## OBJECTION TO CONFIRMATION

Otter Creek Homeowners' Association ("Otter Creek") for its objection to confirmation of the Debtor's Chapter 13 plan states:

1. The Court has jurisdiction over the subject matter and parties to this matter pursuant to 28 U.S.C. §1334 and 28 U.S.C. §157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. Otter Creek is an interested party in this proceeding holding a claim in the amount of $4,630.58, plus an additional $41.00 each month, payment of which is secured by a lien against Debtors' home at 14200 Wimbledon Loop, Little Rock, Arkansas 72210 pursuant to the provisions of Article IV of the Home Association Declaration recorded in Book 1323 at Page 1 of the real estate records of Pulaski County, Arkansas, which are set out in full in the attached **Exhibit A** and which provides as follows:

> "Any assessments which are not paid when due shall be delinquent, and shall constitute a lien on the Lot or acreage against which said assessment is made. If the assessment is not paid within 30 days after the due date, the assessment shall bear interest from the date of delinquency at the rate of 10% per annum, and the Association may bring an action at law against the owner personally obligated to pay the same, or foreclose its lien against the Lot, or both, and interest, costs and reasonable attorney's fees of any such action shall be added to the amount of such assessment."

3. The Debtor filed her Chapter 13 plan on June 24, 2013. The plan provides that the debtor would pay $2,375.00 per month to the chapter 13 trustee. From that

amount, the plan proposes that the chapter 13 trustee pay to Otter Creek on its claim the sum of $125.00 per month. Debtor listed Otter Creek's total debt amount as $4,300.00.

4. The Debtor's plan does not comply with the provisions of Chapter 13 of the Bankruptcy Code or with the other applicable provisions of Title 11.

5. The Debtor's Chapter 13 plan does not comply with the provisions of 11 U.S.C. § 1322(b)(2) and (5). As of the date of the filing of Debtor's Chapter 13 petition, there was an arrearage balance in an amount equal to at least $4,518.58. The current plan does not provide for the payment of the full amount of the arrearage balance as required by §1322(b)(2) and (5).

6. The Debtor's Chapter 13 plan does not comply with the provisions of 11 U.S.C. § 1325(a)(5)(B)(ii). The plan fails to provide for continued payments on Otter Creek's secured debt and doesn't adequately provide for payment of Otter Creek's entire claim.

WHEREFORE, Otter Creek prays that confirmation of the Debtor's Chapter 13 plan be denied and for all other proper relief.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Telephone: 501-371-0808
Email: sjewell@wlj.com


By: /s/ Seth R. Jewell
    Seth R. Jewell (2011175)
    *Attorneys for Otter Creek Homeowners'*
    *Association*

1178673-v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Everett O. Martindale
902 W. Second Street
Little Rock, Arkansas 72201
(501) 372-7600
Email: 3v3r3tt@sbcglobal.net

Mark R. McCarty, Chapter 13 Trustee

                                                              /s/ Seth R. Jewell
                                                              Seth R. Jewell (2011175)