**Tina Williams**

---

**From:** Seth R. Jewell
**Sent:** Thursday, July 18, 2013 2:17 PM
**To:** 'Karole Shaw'
**Subject:** RE: 4:13-12806 PATRICIA WALKER

I'm not sure why it is treated as unsecured pursuant to the plan. The only discussion of Otter Creek in the plan is on Page 2, which states that Otter Creek's claim will be paid in full as a priority claim. Nonetheless, I have objected to the plan.

Let me know what, if anything else, I need to do on this.

Thanks,

Seth

---

**From:** Karole Shaw [mailto:KShaw@ch13ark.com]
**Sent:** Thursday, July 18, 2013 1:47 PM
**To:** Seth R. Jewell
**Subject:** 4:13-12806 PATRICIA WALKER

# REGARDING THE OTTER CREEK HOMEOWNERS COURT CLAIM #2-

# Hi Seth. My supervisor tells me that the claim can stay as is, but the deal is....

# 1. pre-petition fees on claim are scheduled to pay as unsecured in the plan.

# 2. post-petition fees will pay 100% but must be separated.

Karole Shaw-claims analyst
For MARK T MCCARTY-Chapter 13 Trustee


Karole Shaw-claims analyst
For MARK T MCCARTY-Chapter 13 Trustee

**EXHIBIT 2**

This message is the property of Mark T. McCarty, Standing Chapter 13 Trustee. It may be legally PRIVILEGED AND CONFIDENTIAL and is intended only for the use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be

1

viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, disseminiation, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message. MTMCH13ARK