IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:     PATRICIA WALKER,<br>Debtor | Case No. 4:13-BK-12806-JGM<br>Chapter 7 |

**JPMORGAN CHASE BANK, N.A.**                                           **MOVANT**

vs.

**PATRICIA WALKER, Debtor; and**
**JAMES F. DOWDEN, Trustee**                                                  **RESPONDENTS**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Comes now JPMorgan Chase Bank, N.A., hereafter "Movant," by and through its attorneys, Wilson & Associates, P.L.L.C., and for its Motion for Relief from the Automatic Stay and for Abandonment, states:

1. Movant is the servicer of the loan evidenced by the mortgage and promissory note executed by Patricia Swinton a/k/a Patricia Walker on March 28, 2008, to secure payment of the principal sum of $230,000.00 to Bankers Home Mortgage Inc.. Copies of the mortgage and promissory note are attached hereto and incorporated by reference. The mortgage covers the real property located at 14200 Wimbledon Loop, Little Rock, Arkansas 72210, which is more particularly described as follows:

> Lot 455, Otter Creek Community, Phase IV-A, now in the City of Little Rock, Pulaski County, Arkansas.

2. The Debtor is in default under said mortgage and promissory note due to Debtor's failure to make the full regular monthly installment payments thereon, and the approximate outstanding total balance due and owing under the note and security instrument is $244,928.47.

3. The note and security instrument are in arrears for the installment due on August 1, 2012 in the sum of $742.72, and subsequent installments due each month thereafter.

4. The material default under the note and security instrument entitles Movant to relief from the stay pursuant to 11 U.S.C. §362(d)(1) for cause.

5. The Debtor has failed to provide Movant with adequate protection of its interest in the property by failing to maintain the promissory note payments to Movant. Therefore, the Court should grant Movant relief from the automatic stay to allow Movant to to exercise its state law remedies, including foreclosure against the property and, if appropriate, to file an unsecured claim in this proceeding.

6. The above-described property is burdensome to the estate, of inconsequential value and benefit to the estate, and should be abandoned by the Trustee.

7. In the event that the proceeds of any foreclosure sale exceed the amount of the foreclosure judgment, Movant shall remit said excess proceeds to the Trustee for disbursement to other creditors.

8. Movant avers that this is a core proceeding pursuant to the provisions of 28 U.S.C. §157(b)(2) and the Federal Rules of Bankruptcy Procedure.

9. Movant requests that Rule 4001(a)(3) not apply in this case, in order to permit it to immediately enforce and implement an order granting this motion.

WHEREFORE, Movant prays:

A. That relief from the automatic stay provisions of 11 U.S.C. §362(d) be granted, and that the Trustee be ordered to abandon its interest in and to the above-described property under the provisions of 11 U.S.C. §554.

  B. Alternatively, that the Debtor be allowed to redeem the collateral by payment of all sums due and owing to Movant.

  C. That Movant have such other and further relief, both general and specific, to which it may be entitled in the premises, including, but not limited to, a reasonable fee for the services of its attorneys.

    Respectfully Submitted,

    WILSON & ASSOCIATES, P.L.L.C.
    1521 Merrill Drive, Suite D-220
    Little Rock, Arkansas 72211
    (501) 219-9388


    By: */s/ Matthew McKay*
      Adam Perdue (2009248)
      Leslie Fryxell (88096)
      Scott Allen Jones (2012032)
      Sherry A. Seiffert (2000119)
      Matthew McKay (2007146)
      John R. Roan (2013124)

    Attorneys for Movant

## CERTIFICATE OF SERVICE

On December 10, 2013 a copy of the foregoing was served via electronic mail, upon the parties listed below:

| | |
|---|---|
| Everett O. Martindale | James F. Dowden |
| Attorney at Law | Chapter 7 Panel Trustee |
| 902 West Second Street | 212 Center St., 10th Fl. |
| Little Rock, AR  72201-2102 | Little Rock, AR 72201 |

        */s/ Matthew McKay*
        Adam Perdue
        Leslie Fryxell
        Scott Allen Jones
        Sherry A. Seiffert
        Matthew McKay
        John R. Roan

W&A No. 355-192880 / Loan No. xxxxxx1215