IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:   PATRICIA WALKER,<br>Debtor | Case No. 4:13-BK-12806-JGM<br>Chapter 7 |
| JPMORGAN CHASE BANK, N.A. | MOVANT |
| vs. | |
| PATRICIA WALKER, Debtor; and<br>JAMES F. DOWDEN, Trustee | RESPONDENTS |

### ORDER

Before the Court is the motion of Movant, JPMorgan Chase Bank, National Association, for relief from the automatic stay and for abandonment of the property described below from the estate, and the Court, being fully advised, finds that there is no opposition to the motion and that the motion should be granted. Rule 4001(a)(3) does not apply in this case.

**IT IS THEREFORE ORDERED** that relief from the automatic stay is hereby granted, the property is hereby abandoned from the bankruptcy estate, and Movant is free to pursue its state law remedies against the following-described real property:

**Lot 455, Otter Creek Community, Phase IV-A, now in the City of Little Rock, Pulaski County, Arkansas.**

Also known as:  14200 Wimbledon Loop, Little Rock, Arkansas 72210

In the event that the proceeds of any sale conducted pursuant to a foreclosure proceeding exceeds the amount of the foreclosure judgment, then Movant shall remit said excess proceeds to the Trustee for disbursement to other creditors.

Entered On Docket: 01/06/2014

**IT IS SO ORDERED.**

Dated: 01/06/2014

James G. Mixon
United States Bankruptcy Judge

DATE:

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388


By: */s/ Matthew McKay*
     Matthew McKay (2007146)
     Attorney for Movant


cc:    Everett O. Martindale
       Attorney at Law
       902 West Second Street
       Little Rock, AR 72201-2102

       James F. Dowden
       Trustee
       212 Center St., 10th Fl.
       Little Rock, AR 72201

DNoOppOrder-RealProperty_tsimuel_140103_ 943
W&A No. 355-192880
Loan No. xxxxxx1215