IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:    PATRICIA WALKER           CASE NO: 13-bk-12806
        DEBTOR                               CHAPTER: 7

## MOTION TO AMEND SCHEDULE F TO ADD UNSECURED NONPRIORITY CLAIMS

COMES now the Debtor, Patricia Walker, by and through her attorney, Everett O. Martindale, and for her Motion, states:

1,    Debtors requests that she be allowed to amend Schedule F of her Chapter 7 Petition in order to add the below list of creditors holding unsecured claims without priority against the debtor or the property of the debtor. These creditors should be treated the same as those originally listed under this classification:

| ACCOUNT NO. | CONSIDERATION | AMOUNT CLAIM, |
|---|---|---|
| 173678<br>Access Credit Management<br>P. O. Box 22267<br>Little Rock, AR 72221 | Medical Service | 598.00 |
| 103657<br>AR Health Group Anesthesia<br>11001 Executive Ctr Drive #200<br>Little Rock, AR 72211 | Medical Services | 595.00 |
| 114849<br>AR Health Group Anesthesia<br>11001 Executive Ctr Dr #200<br>Little Rock, AR 72211 | Medical Services | 8.94 |
| PIA 1006478<br>AR River Emergency<br>P. O. Box 936100<br>Atlanta, GA 31193 | Medical Services | 678.00 |

| | | |
|---|---|---|
| 3421<br>AR Epilepsy Program<br>2 Lile Court #100<br>Little Rock, AR 72205 | Medical Services | 16.14 |
| 33000253100<br>Baptist Health<br>P. O. Box 25748<br>Little Rock, AR 72221 | Medical Services | 1,669.04 |
| 696065<br>Collection Service, Inc.<br>P. O. Box 7545<br>Little Rock, AR 72217 | Collection for Medical Services<br>Radiology Assos 696065<br>LR Pediatric Clinic 33571<br>Radiology Assoc 25192663<br>Radiology Assoc 696065 | 297.44 |
| 92448A1376<br>OrthoArkansas<br>P. O. Box 55270<br>Little Rock, AR 72215 | Medical Services | 3,945.38 |
| OrthoArkansas<br>10301 Kanis Road<br>Little Rock, AR 72205 | Medical Services | 1,670.00 |
| OrthoArkansas<br>10301 Kanis Road<br>Little Rock, AR 72205 | Medical Services | 1,295.00 |
| RCLR227504<br>Radiology Consultants of LR<br>P. O. Box 55510<br>Little Rock, AR 72215 | Medical Services | 20.03 |
| 696065<br>Radiology Associates<br>P. O. Box 8802<br>Little Rock, AR 72231 | Medical Services | 20.65 |
| 2062249<br>Radiology Associates<br>P. O. Box 8802<br>Little Rock, AR 72231 | Medical Services | 42.88 |

TOTAL: 10,856.50

WHEREFORE, Debtor requests that she be allowed to amend her Schedule F to include the creditors listed above and the debts owed to each be treated as those creditors listed on her original Schedule F and for all other proper relief.

/s/ Everett O. Martindale
EVERETT O. MARTINDALE
ABA #74100
Attorney for Debtor
902 West Second Street
Little Rock, AR 72201
Telephone 501-372-7600
Email: 3v3r3tt@sbcglobal.net

**CERTIFICATE OF SERVICE**

On this the 4th day of May, 2014, a true and correct copy of this Motion was sent via the ECF notification system to James F. Dowden, Trustee, U. S. Trustee, and to all other persons required by the U. S. Bankruptcy Code including all creditors listed above.

/s/ Everett O. MartindFale