IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  PATRICIA WALKER, Debtor  4:13-bk-12806E
CHAPTER 7

### ORDER

Now before the Court is a *Motion to Amend Schedule F to Add Unsecured Nonpriority Claims* for the purpose of each creditor being treated as those creditors listed on her original Schedule F and for all other proper relief. The Court notes that the debtors received a discharge on February 19, 2014, and as a consequence, it is not possible to discharge the omitted debts simply by adding the creditors' names and/or filing Amended Schedule F. *See* 11 U.S.C. § 523(a)(3). *See also In re Crull*, 101 B.R. 60 (Bankr. W.D. Ark. 1989)*; In re Anderson*, 72 B.R. 495, 496 (Bankr. D. Minn. 1987). Rather, a complaint to determine dischargeability pursuant to Federal Rule of Bankruptcy Procedure 4007 must be filed to determine whether a particular debt is included in the scope of the discharge or excepted from discharge by section 523(a). It is hereby

**ORDERED** that the *Motion to Amend schedule F to Add Unsecured Nonpriority Claims* is **DENIED** and the debtor shall have thirty (30) days from entry of this Order to file an adversary proceeding for each creditor to determine dischargeability of the omitted debt(s), or the case will be closed without further notice or hearing.

**IT IS SO ORDERED**.

Audrey R. Evans
United States Bankruptcy Judge
Dated: 06/05/2014

CC: Attorney for Debtor(s)
Debtor(s)
Trustee

Entered On Docket: 06/05/2014